Louis Hoffman, Respondent, v. Richard G. Krueger, Appellant.— Order so far as appealed from modified by eliminating last half of item (h), as to the cause or reason for the discharge of plaintiff, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Peter Franz and Sarah Jackson, as Administratrix, etc., of David J. Jackson, Deceased, Appellants, v. Robert Westaway, Respondent, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to said defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Henry A. Schneider, Inc., Respondent, v. F. L. Aste Co., Inc., and Another, Appellants.— Order modified by disallowing items 5, 6, 8, 9, 10, 11 and 12, and further disallowing inspection and discovery and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Howard C. Toomey and William S. Flynn, Copartners, etc., Appellants, v. James H. R. Cromwell, Respondent.— Order modified by allowing items 1, 2, 3 and 7 only, and as so modified affirmed, with ten dollars costs and disbursements to the appellants. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Leonard Day, Appellant, Respondent, v. Electric Sprayit Company, Respondent, Appellant.— Order reversed as to the reference, with ten dollars costs and disbursements to the plaintiff, appellant, and the motion to vacate warrant of attachment and order of publication denied, with leave to defendant to appear generally and answer within ten days from service of order, upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The Arrow Coatings Company, Inc., Respondent, v. Bessie H. Pine, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Richard R. Schack, Appellant, v. Daisy M. Schack, Respondent.— Order reversed and motion denied. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.